# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

In re: Donald and Kathy Gentry          Case No.: 14-34432
    Debtor(s)                                    Chapter 13
                                                         Judge Lawrence Walter

### APPLICATION TO SELL OR DISPOSE OF PERSONAL PROPERTY

Now comes the debtor(s), through counsel and pursuant to Rule 6004(d) and L.B.R. 6004-1(c), and requests permission from the Chapter 13 Trustee to sell or dispose of the following property:

Description of item: 1997 Crown Victoria

Amount of sale: N/A  Unencumbered?  <u>YES</u>   NO   (Circle one)

Lien Holder: N/A

Proceeds to Trustee for disbursement pursuant to Chapter 13 Plan?  YES   <u>NO</u>

Retaining any proceeds and reason:  The car does not run and the Debtors want to junk it. The Debtor's anticipate receiving approximately $337.50 for the car.

Buyer: Polings Junk Yark       Relationship to debtor, if any: N/A

Copy of documentation attached or further justification for sale or disposal: N/A

### NOTICE

Debtor shall NOT file this Application with the Clerk of Bankruptcy Court but shall serve the Application upon the Chapter 13 Trustee and the effected parties as listed below by ordinary U.S. Mail on this 16th day of November, 2016.

A written objection to the proposed sale or disposal of the above property, together with a request for hearing, must be filed and served pursuant to L.B.R. 9013-3 upon the debtor, the debtor's attorney, the Chapter 13 Trustee and the U.S. Trustee, not later than twenty-one (21) days from

the date of service of the NOTICE, and that in the absence of objection and upon the approval of the Chapter 13 Trustee, the property may be sold or disposed of without further notice.

/s/ Eric A. Stamps
Attorney for Debtor(s)
3814 Little York Road
Dayton, OH 45414
(937) 898-9440
Fax: (937) 890-4694
stampslaweric@hotmail.com